**Order entered February 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00170-CV

## IN RE STEPHEN PERL AND PM FACTORS, INC. D/B/A 1ST PMF BANCORP, Relators

**Original Proceedings from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18862**

## ORDER

Before Justices Bridges, Osborne, and Reichek
Opinion by Justice Osborne

Before the Court are relators' February 10, 2020 petition for writ of mandamus and motion for emergency relief. Relators request that we stay the trial court's January 28th, 2020 order compelling answers to certain interrogatories and responses to certain requests for production. We **GRANT** the motion and until further order of this Court, stay relators' obligation to answer Interrogatory Nos. 3, 6, and 8, or respond to Request for Production Nos. 3, 4, 5, and 15.

We further request that respondent and real parties in interest file their responses, if any, to relators' petition for writ of mandamus by February 24, 2020.

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE